UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**FILED**
AUG 2 5 2008
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Arthur Ballinger IV

42016

_(Enter above the full name of the plaintiff or plaintiffs in this action)._

_(Inmate Reg. # of each Plaintiff)_

**VERSUS**

CIVIL ACTION NO. 2:08-1024
_(Number to be assigned by Court)_

C.O. II Garrett Adams

CO II John Young

_(Enter above the full name of the defendant or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

  Yes _____    No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:

      Plaintiffs: _____

      _____

      _____

      Defendants: _____

      _____

      _____

   2. Court (if federal court, name the district; if state court, name the county);

      _____

      _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned:

      _____

   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

      _____

      _____

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

2

II. **Place of Present Confinement:** Mount Olive Correctional Complex

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓    No \_\_\_\_\_

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ✓    No \_\_\_\_\_

    C. If you answer is YES:

        1. What steps did you take? G-1 to Capt., Appeal to Warden, Appeal to Commissioner

        2. What was the result? Denied on capt.'s level, Denied on Wardens level, Denied on Commissioner level

    D. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: _____

        Address: _____

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: COII John Young

is employed as: COII

at Mount Olive Correctional Complex

D. Additional defendants: COII GARRETT Adams, Cpl. NATE Kendrick and Sgt. Don Slack are all employed at Mount Olive Correctional Complex

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was going to magistrate court, for a disciplinary hearing and was told to put my shoulders on the wall and shackled by officer John YOUNG, I was told to turn and walk out the "A" door as I was walking out the "A" door I was punched by officer GARRETT ADAMS and taken to the floor and was beaten by him and OFFICER John YOUNG and then was taken to the multi purpose room, were I was beaten again by several OFFICERS then checked by MS. Foster

4

IV.   Statement of Claim (continued):

"LPN" she looked at me and was told to leave and I was beaten again on video TAPE I was in a chair LT. Mcloud told me I had another beating from the Capt. and the one I took from him I would be going to Medical on a gurney he then punched me in my mouth and my teeth were knocked out, then punched in the ribs over and over

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to have this honorable court award plaintiff fiscal damages for my two front teeth chipped in the assault.

I was not allowed to complain about injuries because after the first beating they had Ms. Foster check my side and after she left, I was beaten again sustaining more injuries, I told the Sgt. I had swallowed my teeth but he said they'll come out the other end and I was beaten again, they will not take a picture of me now, where I have the dark bruises and two front teeth chipped. The write-up says I came off the door when he came to a standing position, the disposition stats., while they were being applied. This is a clear contradiction and proves that I was attacked on a calculated plan because of the previous write-up I caught from Ms. Foster. Enclosed is the write-up as evidence. I am Sincerely not grieving this — Arthur Ballinger III write-up I am showing this was a planned assault against me. I was assaulted because of a write-up I had caught two weeks before I am not grieving the write-up by OFFICER young as said by the Capt. and Warden I am grieving the assault I took as a <u>result</u> of a previous write-up.

this is just another example of the harassment I am enduring at the hands of correctional officers here at Mt. Olive, I have two previous lawsuits pending in this honorable court, regarding this constant harassment, regarding "religous" and other attacks against me. I did as I was told and was assaulted by several officers not once but several times in about a half hour Officer young then wrote me-up for a rule violation, as I was being beaten they were telling me this is for Ms. Foster and MS. Eggleston reffering to previous write-ups I had caught. My two front teeth are chipped and I have dark bruises on my left side were I took the assault, This harassment happens every day. I am not grieving this write-up I am showing Sincerly *Arthur Bailey II* that this was a calculated and planned beating MS. Foster was no where in sight when the first beating occured, I am showing this was punishment from a write-up I had caught from MS. Foster prievously "the beating" she was present for the second beating I took, the write-ups clearly show's the two contradictions from the report and disposition. This was an assault that was planned and calculated I did what I was told and was assaulted

V.  Relief (continued)):

_____
_____
_____
_____
_____

VII. Counsel

    A.  If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.  Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes ✓    No ___

If so, state the name(s) and address(es) of each lawyer contacted:

Carl Bryant P.O Box 176 St Marys W.V. 26170

If not, state your reasons: _____

_____

    C.  Have you previously had a lawyer representing you in a civil action in this court?

        Yes ___    No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __12__ day of __August__, 20_08_.

_Arthur Ballinger IV_

_____

_____

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8-12-08__.
              (Date)

_Arthur Ballinger IV_
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

# WEST VIRGINIA DIVISION OF CORRECTIONS

Incident Report No. _____          Docket No. _____

## VIOLATION REPORT

__ARTHUR BALLINGER__    __#2016__ is hereby charged with a violation of
   (Inmate's Name)                (Number)

Disciplinary Rule No. __2.01__, the violation being __REFUSING AN ORDER__,

having occurred at __0910 HOURS__ on __22__ __JULY__ __2008__.
                       (Time)           (Day)    (Month)    (Year)

The circumstances of the violations are as follows: (Describe the particular action of the inmate, which is the basis of this charge.)

ON TUESDAY, 22 JULY 2008 AT APPROXIMATELY 0910 HRS I WAS WORKING MY ASSIGNED POST AT MOUNT OLIVE CORRECTIONAL COMPLEX, MOUNT OLIVE WEST VIRGINIA, FOR THE CORRECTIONAL HEARING OFFICER AS THE BAILIFF. COII ADAMS AND I WENT INTO POD 6 TO GET INMATE ARTHUR BALLINGER #42016 FOR COURT HEARING THAT WAS SCHEDULED FOR THIS DAY. AFTER COMPLETING A STRIP SEARCH OF INMATE BALLINGER I THEN APPLIED MECHANICAL WRIST RESTRAINTS AND GAVE HIM LOUD VERBAL DIRECTION HOW TO EXIT HIS CELL. AFTER EXITING HIS CELL, INMATE BALLINGER PLACED HIS SHOULDER ON THE DOOR FRAME SO THAT MECHANICAL LEG RESTRAINTS COULD BE APPLIED. AFTER APPLYING THE RESTRAINTS AS I WAS RETURNING TO A STANDING POSITION, INMATE BALLINGER CAME OFF THE DOOR FRAME AND TURNED IN AN AGGRESSIVE MANNER. DUE TO INMATE BALLINGER NOT FOLLOWING VERBAL DIRECTION, INMATE BALLINGER IS IN DIRECT VIOLATION OF POLICY DIRECTIVE 325.00 RULE 2.01 REFUSING AN ORDER.

Charging Employee _____ Shift Commander _____
Chief of Security/Designee _____
Inmate To Be Charged _____ ✓ Yes _____ No

**TO THE INMATE:** You are advised that you are to appear before the magistrate on the above charge at

_____ on _____.
 (Time)              (Date)

**THESE ARE YOUR RIGHTS:** You are hereby advised that you have the right to testify in your own behalf, present documentary evidence, call witnesses in support of your position, cross-examine witnesses, and seek the assistance of a representative to help you answer the charges. Within fifteen (15) days of receiving a copy of the Hearing Report, you may submit a written appeal to the Warden; furthermore, within fifteen (15) days after your appeal to the Warden has been answered and returned to you, you may submit a written appeal to the Commissioner of Corrections.

I attest by signature that __1235__ on __24__ __July__ __2008__ I presented to the inmate whose name
               (Time)    (Day)   (Month)   (Year)

appears above a copy of this Disciplinary Report.

_____
(Signature of Employee)

NCF-5894 8/8/03

GR-607

# WEST VIRGINIA DIVISION OF CORRECTIONS

## HEARING REPORT

**DOCKET NO:** MOC-08-0687-G
**INCIDENT DATE:** 7/22/2008

**NAME:** Arthur Ballinger  **DOC #:** 42016

**VIOLATION** 2.01-Refusing An Order

**PLEA ENTERED** No Plea

**INMATE REPRESENTATIVE** None  **DOC#:**

**INMATE WITNESS (ES)** None

**STAFF WITNESS (ES)** COII John Young (Presence waived)

**EVIDENCE PRESENTED: (DOCUMENTARY**

Violation Report, Incident Report of COII John Young, Disciplinary Hearing Waiver, Photos of Inmate, and Incident Reports of COII Garrett Adams, LPN Kelly Foster, Cpl. Nate Kendrick, and Sgt. Don Slack

**SUMMARY OF TESTIMONY:**

The presence of COII John Young is waived so his reports will stand on their own merit. The report states the Defendant turned while leg restraints were being applied.

Defendant was not present for this hearing as he refused to attend and the hearing was held without his presence. Therefore, No Plea is entered on his behalf.

**FINDINGS:**

Information in the reports and the Defendants refusal to attend the hearing to present a defense or dispute the facts of the reports, all support the finding of Guilty.

**DISPOSITION:**

Thirty (30) days punitive segregation and thirty (30) days loss of all privileges suspended to probation for six (6) months to end on 28 January 2008.

**HEARING DATE:** 28-Jul-08  **CORR. HEARING OFFICER** Brian Greenwood

**LOSS OF GOOD TIME**  (Approved)(Disapproved)
(Warden's Signature)

I attest by my signature that ___0835___ on ___30___ ___July___ ___2008___ presented to the
(Time) (Day) (Month) (Year)
inmate whose name appears above a copy of this hearing report.

(Signature of Employee)  Monday, July 28, 2008
COII John Young

RECEIVED
AUG 14 2008
**WARDEN'S OFFICE**

RECEIVED
AUG 01 2008
WV DIV. OF CORRECTIONS

RECEIVED
JUL 24 2008

RECEIVED
JUL 28 2008
Q2
**WARDEN'S OFFICE**

Policy Directive 335.00
01 September 2007
Attachment #1

## West Virginia Division of Corrections
## Inmate Grievance Form

Grievance No. 08-MOCC-Q2-558

Inmate Name: Arthur Ballinger II
DOC #: 42016
Date of Grievance: 7-23-08

Grievance is initiated by tendering this document to Unit Manager: Mr. Capt. Matheny

State Nature of Grievance/Issue to be Addressed – [Note: One (1) issue per grievance; be concise]:
Yesterday OFFICER Young and another officer I do not know his name came to get me for magistrate court. I told OFFICER Young I had a envelope to put in the mailbox. When I backed out of my cell I put my see attached 8.5 x 11 sheet on back of 6-11

Inmate's Signature: Mr. Arthur Ballinger II [The inmate may attach one (1) 8.5 x 11 sheet if necessary at this level only.]

Unit Manager's Response (attach additional sheet if needed): Mr. Ballinger you were screened by medical and pictures were taken you claimed no injuries at this time. The write up cannot be grieved it must be done thru the appeal process

Signature of Unit Manager: Capt. RC Matheny        Date: 24 July 08

Resolved: _____ (If so, initial and give copy to Unit Manger) Appealed to Warden/Administrator: AB (initial)

If no response at initial level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames as set forth in Policy Directive 335.00.

Inmate's Signature: _____ Date: _____

Action by Warden/Administrator:  ___ Remand to Unit for further action    ✓ Affirm unit and deny grievance
                                  ___ Grant the Grievance as specified     ___ Reject for failure to follow grievance procedure
                                  ___ Deny for reasons other than specified at unit level

Comments: The Captain is correct. Issues pertaining to disciplinary matters are addressed through the disciplinary appeal process in accordance with Policy Directive 325.00, Discipline

Warden/Administrator's Signature: Dun Ballew        Date: 29 July 2008        (Warden/Administrator may attach additional sheets, if necessary) Inmate

Resolved: _____ (If so, initial and give copy to Unit Manager) Appealed to Commissioner: AB (Initial)

If no response at Warden/Administrator's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00

Inmate's Signature: _____ Date: _____

Action by Commissioner: ___ Remand to Warden/Administrator/Unit for Further Action
                        ✓ Affirm Warden/Administrator and Deny Grievance
                        ___ Grant the Grievance, as specified  ___ Reject for failure to follow procedure  ___ Deny for reasons other than specified at unit level

Signature of Commissioner/Designee: Charlene Sotak        Date of Action: 8-12-08

(Commissioner's response may include additional sheets, if necessary.)

Pursuant to this policy, the Warden/Administrator may set forth procedures to allow for the Unit Manager to designate staff to respond.

Shoulder on the wall like told, they put the shackles on me and I was told to "come on Art" by officer Young, I had an envelope in my hand, as I was going out the door the officer with Mr. Young tackled me at which time he and Mr. Young beat and kicked me repeatadly at which time I was taken to the Multi Purpose room / Medical unit station where Ms. Foster and the Nurse she was training, I was then kicked, punched and beaten repeatadly, then forced to apologize to Ms. Foster and was checked out by her, they made her leave at which time I was assaulted again while being held in a chair Mr. Mcloud grabbed me by the chin and said we will break you one way or another then hit me in the mouth and he said "Oh yeah" you have another beating coming from the captain but the one he gives you, you are going to medical on a gurney at which time the C.O in charge had the camera taping me and the other C.O's were punching me repeatadly in the ribs. They brought me back to the unit without further medical attention. Like I said I did not become aggressive or threatening I had an envelope in my hand I was brutalized because of a previous write-up assault is not a punishment for a write-up, I am being brutalized by officers and fear for my life I was written up because of this assault / please Sincerely Arthur Balfour IV

respond my front two teeth were chipped during the assault



Arthur Ballmaer III
MT. Olive cor
P.O.C. # 4301
QII 3, 301
ONE Mountainside Way
MT. Olive, W.V. 25185

CLERK, UNITED STATES DISTRICT COURT
110 North Herber STREET, ROOM 119
BECKLEY, W.V. 25801